**Dismiss and Opinion Filed August 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00570-CV

### AMY LIZETTE VASQUEZ IBARRA, Appellant
### V.
### RICARDO IBARRA, Appellee

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-11-14306

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief was due May 3, 2014. By postcard dated July 1, 2014, we informed appellant that the time for filing her brief had expired. We directed her to file both her brief as well as a motion to extend time to file the brief within ten days of the date of the postcard. We cautioned her that the failure to file her brief and extension motion within the time stated would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief or an extension motion, nor has she otherwise corresponded with the Court regarding the status of her appeal.

Accordingly, we **DISMISS** this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

130570F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AMY LIZETTE VASQUEZ IBARRA,
Appellant

No. 05-13-00570-CV          V.

RICARDO IBARRA, Appellee

On Appeal from the 256th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-11-14306.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

We **ORDER** that appellee RICARDO IBARRA recover his costs, if any, of this appeal from appellant AMY LIZETTE VASQUEZ IBARRA.

Judgment entered August 19, 2014